AO86A (Rev. 4/91) Consent to Proceed—Misdemeanor

# UNITED STATES DISTRICT COURT

DISTRICT OF      NEVADA (RENO)

UNITED STATES OF AMERICA
V.
GUY ANTHONY SAVAGE

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE**

Case Number:    3:06-CR-0106-BES-VPC

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.**

X _____, Defendant

[FILED / ENTERED / SERVED ON COUNSEL/PARTIES OF RECORD — AUG 31 — CLERK US DISTRICT COURT DISTRICT OF NEVADA  BY: _____ DEPUTY]

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY: Waive (give up) my right to trial by jury.**     _Guy Savage_
                                                             Defendant

Consented to by United States     _Brian L. Sullivan_
                                  Signature

                                  _____
                                  Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.**

X _____, Defendant

_____          Approved By: _____
Defendant's Attorney (if any)                         U.S. Magistrate Judge

                                                      August 31, 2006
                                                      Date